1  BORIS FELDMAN, State Bar No. 128838
   CYNTHIA A. DY, State Bar No. 172761
2  CHRISTOPHER D. CATALANO, State Bar No. 208606
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIER TECHNOLOGIES, INC., JAMES L. BILDNER, LAURA B. DEPOLE, STEPHEN MCCARTY, CHARLES W. BERGER, SAMUEL CABOT III, MORGAN GUENTHER, RONALD L. ROSSETTI, WILLIAM C. VAN FAASEN, MARY AGNES WILDEROTTER, and JAMES R. WEAVER,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELIZABETH SCALA,<br><br>    Defendant. | CASE NO.:  C-03-5901 (CW)<br><br>RELATED CASE: C-03-5509 (VRW)<br><br>NOTICE OF RELATED CASE<br><br>(Civil L.R. 3-12) |

1 | Pursuant to Civil L.R. 3-12, plaintiffs submit this Notice of Related Case.

2 | **1.   Listing of Related Cases (Civil L.R. 3-12(c)(1))**

3 | The following case is related to this case: *Jack Sperling, On Behalf of Himself and All
4 | Others Similarly Situated v. Tier Technologies, et al.*, C-03-5509 (VRW) ("*Sperling*").

5 | **2.   Basis for Relatedness (Civil L.R. 3-12(c)(2))**

6 | *Sperling* is related to this case because both lawsuits arise out of allegations, which
7 | plaintiffs deny, that plaintiffs made, or caused to be made, false and/or misleading statements,
8 | including false and/or misleading press releases and filings with the United States Securities and
9 | Exchange Commission, in violation of federal and/or state law.  Thus, the actions have
10 | substantially the same parties, transactions, and/or questions of law.  Moreover, because both
11 | actions are based on the same underlying allegations, there will be an unduly burdensome
12 | duplication of labor and expense or conflicting results if the actions are conducted before
13 | different Judges.

14 | **3.   Efficient Determination (Civil L.R. 3-12(c)(3))**

15 | Assignment to a single Judge, the Hon. Vaughn R. Walker, is likely to conserve judicial
16 | resources and promote an efficient determination of the actions.

18 | Date:  December 31, 2003            WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

20 |                                       /s/ Christopher D. Catalano_____
                                         Christopher D. Catalano

22 |                                       Attorneys for Plaintiffs TIER TECHNOLOGIES,
                                         INC., JAMES L. BILDNER, LAURA B. DEPOLE,
23 |                                       STEPHEN MCCARTY, CHARLES W. BERGER,
                                         SAMUEL CABOT III, MORGAN GUENTHER,
24 |                                       RONALD L. ROSSETTI, WILLIAM C. VAN
                                         FAASEN, MARY AGNES WILDEROTTER, and
25 |                                       JAMES R. WEAVER