BORIS FELDMAN, State Bar No. 128838
CYNTHIA A. DY, State Bar No. 172761
CHRISTOPHER D. CATALANO, State Bar No. 208606
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
TIER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK SPERLING, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIER TECHNOLOGIES, INC., JAMES L. BILDNER, LAURA B. DEPOLE and STEPHEN McCARTY,<br><br>　　　　　Defendants. | CASE NO.: C 03-5509 VRW<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

# CERTIFICATE OF SERVICE BY MAIL

I, Kelli Shanahan, declare:

I am employed in Santa Clara County.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On January 5, 2004, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Christopher D. Catalano, I filed the following document:

**NOTICE OF RELATED CASE (Civil L.R. 3-12)**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.  According to the ECF/PACER system for this case, the following party is not a registered party on the Court's ECF system:

> Nadeem Faruqi, Esq.
> Faruqi & Faruqi
> 320 East 39th Street
> New York, NY  10016

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

The party listed above was served, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed.  I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on January 5, 2004.

        /s/Kelli Shanahan
        Kelli Shanahan